, UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANE HARRINGTON, H & S CLUB OMAHA, INC., CLUB 120, INC. dba INFINITY, Individually and on Behalf of Others Similarly Situated,<br><br>                          Plaintiffs,<br>- versus -<br><br>CITY OF OMAHA, DOUGLAS COUNTY NEBRASKA, and AIMEE MELTON, CHRIS JERRAM, PETE FESTERSEN, BEN GRAY, VINNY PALERMO, RICH PAHLS, BRINKER HARDING, JEAN STOTHERT, TODD SCHMADERER, STEVE MARTINEZ, TIMOTHY DUNNING, JASON MENNING, SHAWN HARPER, SCOTT BURESH, PAUL LAWSON, MIKE SUNDERMEIER, CHRIS PERKINS, VAUGHN COTTON, JAMES HALEY, RICHARD HAWTHORNE, DUANE EIVINS, KURT URKOSKI, ELIZABETH BUTLER and ADI POUR, in their individual and official capacities,<br><br>                          Defendants. | Case No.: 8:20-cv-412<br><br><br><br>**INDIVIDUAL AND CLASS ACTION COMPLAINT AND REQUESTS FOR EQUITABLE RELIEF**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**JURY DEMANDED** |

## INTRODUCTION

Since 2017, Defendants have engaged in a custom and policy of discriminatory conduct against Plaintiffs resulting in seven-figure lost earnings and violations of Plaintiffs' civil rights and those of their dancers and members. In 2016, Plaintiffs obtained written permission from the Omaha law department to open and operate a private membership strip club with BYOB (bring your own booze) in Omaha. However, after opening in 2017, the City of Omaha passed a bottle club ordinance that attempted to criminalize Plaintiffs' business. Litigation ensued including appeals that were scheduled for argument before the Nebraska Supreme Court and 8th Circuit Court of Appeals. In the summer of 2019, the parties reached an agreement at a City Council hearing and confirmed by way of emails that Plaintiffs would be granted a liquor license at 2615