IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANE HARRINGTON, Individually and on Behalf of Others Similarly Situated; H & S CLUB OMAHA, INC., Individually and on Behalf of Others Similarly Situated; and CLUB 120, INC., Individually and on Behalf of Others Similarly Situated;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OMAHA, DOUGLAS COUNTY, NEBRASKA, AIMEE MELTON, In Their Individual and Official Capacities; CHRIS JERRAM, In Their Individual and Official Capacities; PETE FESTERSEN, In Their Individual and Official Capacities; BEN GRAY, In Their Individual and Official Capacities; VINNY PALERMO, In Their Individual and Official Capacities; RICH PAHLS, In Their Individual and Official Capacities; BRINKER HARDING, In Their Individual and Official Capacities; JEAN STOTHERT, In Their Individual and Official Capacities; TODD SCHMADERER, In Their Individual and Official Capacities; STEVE MARTINEZ, In Their Individual and Official Capacities; TIMOTHY DUNNING, In Their Individual and Official Capacities; JASON MENNING, In Their Individual and Official Capacities; SHAWN HARPER, In Their Individual and Official Capacities; SCOTT BURESH, In Their Individual and Official Capacities; PAUL LAWSON, In Their Individual and Official Capacities; MIKE SUNDERMEIER, In Their Individual and Official Capacities; CHRIS PERKINS, In Their Individual and Official Capacities; VAUGHN COTTON, In Their Individual and Official Capacities; JAMES HALEY, In Their Individual and Official Capacities; RICHARD HAWTHORNE, In Their Individual and Official Capacities; DUANE EIVINS, In Their Individual and Official | 8:20-CV-412<br><br>**JUDGMENT** |

Capacities; KURT URKOSKI, In Their Individual and Official Capacities; ELIZABETH BUTLER, In Their Individual and Official Capacities; ADI POUR, In Their Individual and Official Capacities; and JOHN HENIGE, In Their Individual and Official Capacities;

                Defendants.

In accordance with the accompanying Memorandum and Order of this date,

IT IS ORDERED:

1. The Motion to Dismiss, Filing 69, filed by Defendants Douglas County, Timothy Dunning, and Adi Pour is granted as follows:

    a. Plaintiffs' Amended Complaint as to the County Defendants is dismissed without prejudice;

    b. Claims against individual county defendants in his or her official and individual capacity are dismissed;

2. The City Defendants' Unopposed Motion to Add Defendant John Henige to the Motion to Dismiss, Filing 86, is granted;

3. The Motion to Dismiss, Filing 73, filed by Defendants Scott Buresh, Elizabeth Butler, City of Omaha, Vaughn Cotton, Duane Eivins, Pete Festersen, Ben Gray, James Haley, Brinker Harding, Shawn Harper, Richard Hawthorne, Chris Jerram, Paul Lawson, Steve Martinez, Aimee Melton, Jason Menning, Rich Pahls, Vinny Palermo, Chris Perkins, Todd Schmaderer, Jean Stothert, Mike Sundermeier, Kurt Urkoski, and John Henige is granted as follows:

    a. Claims against individual city defendants in their official and individual capacities are dismissed;

    b. The Ninth Cause of Action, promissory estoppel, is dismissed with prejudice; and

    c. The First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, and Tenth Causes of Action are dismissed without prejudice; and

4. This case is terminated.

Dated this 7th day of June, 2021.

BY THE COURT:

Brian C. Buescher
United States District Judge